**Order entered June 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00647-CV

**UNITED DEVELOPMENT FUNDING, L.P. ET AL., Appellants**

**V.**

**MEGATEL HOMES III, LLC, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-04147**

## ORDER

Before the Court is appellants' June 18, 2019 unopposed motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than July 26, 2019.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE